UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MILLER LIFTING PRODUCTS, A DIVISION OF GHM INDUSTRIES, INC., and H.J. HIRTZER & ASSOCIATES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNDERWRITERS LABORATORIES, Inc., HUGH PRATT, Individually, and INSULATUS COMPANY, Inc., <br><br> Defendants. | C.A. No. 4:12-cv-10353-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a), the parties hereby stipulate to the dismissal with prejudice of this action, with all rights of appeal waived and with each party bearing their own costs, subject to the following:

A.  Underwriters Laboratories Inc.

   i.   Underwriters Laboratories Inc. is a not-for-profit corporation;

   ii.  The parties stipulate to the dismissal with prejudice of all claims against Underwriters Laboratories Inc. This does not preclude claims based on future actions.

B.  Hugh Pratt, Individually and Insulatus Company, Inc.

   i.   The parties stipulate to the dismissal with prejudice of all claims against Hugh Pratt, Individually and Insulatus Company, Inc. This does not preclude claims based on future actions.

BOS-3287550 v1

MILLER LIFTING PRODUCTS,
A DIVISION OF GHM INDUSTRIES, INC.,
and H.J. HIRTZER & ASSOCIATES, INC.
By their attorneys,

/s/ Kathryn A. O'Leary_____
Kathryn A. O'Leary (BBO #551660)
koleary@gouldettenberg.com
GOULD & ETTENBERG, P.C.
370 Main Street, Suite 1050
Worcester, MA 01608
Telephone: (508) 752-6733
Facsimile: (508) 797-4638

UNDERWRITERS LABORATORIES INC.
By its attorneys,

/s/ John C. Blessington_____
Thomas F. Holt, Jr. (BBO# 238830)
thomas.holt@klgates.com
John C. Blessington (BBO# 549754)
john.blessington@klgates.com
Laura C. Prieston (BBO# 681673)
laura.prieston@klgates.com
K&L GATES LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111
Telephone: (617) 261-3100
Facsimile: (617) 261-3175

HUGH PRATT, Individually, and INSULATUS
COMPANY, Inc.,
By their attorneys,

/s/ Michael P. Angelini_____
Michael P. Angelini (BBO#019340)
Douglas T. Radigan (BBO#657938)
BOWDITCH & DEWEY, LLP
311 Main Street, P.O. Box 15156
Worcester, MA 01615-0156
Telephone: (508) 926-3400
Facsimile: (508) 798-3537
mangelini@bowditch.com
dradigan@bowditch.com

Dated: Wednesday, October 10, 2012

- 3 -

CERTIFICATE OF SERVICE

    I, Laura C. Prieston, hereby certify that this document filed through the CM/ECF system was sent electronically to the registered participants as identified on the Notice of Electronic Filings (NEF) and paper copies will be sent to any indicated as non-registered participants on October 10, 2012.

    /s/ Laura C. Prieston
    Laura C. Prieston